IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



MAR 0 2 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-76-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| KEITH EDWARD LESTER, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervision (Doc. 100), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Keith Edward Lester's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 2nd day of March, 2018.

SUSAN P. WATTERS
United States District Judge